# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MERRITT PAXTON PHILLIPS, Individually and as**            **PLAINTIFF**
**Personal Representative on Behalf of the**
**Wrongful Death Beneficiaries of**
**MERRITT BENJAMIN PHILLIPS**

**vs.**            **Cause No. 3:15cv412-HTW-LRA**

**QUALITY CHOICE CORRECTIONAL HEALTHCARE, INC.**
**d/b/a Quality Choice Correctional Healthcare;**
**HINDS COUNTY, MISSISSIPPI; et al**            **DEFENDANTS**
___

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
### AS TO PLAINTIFF'S CLAIMS AGAINST THE HINDS COUNTY DEFENDANTS
___

**THIS CAUSE** has come before the Court on the joint *ore tenus* motion of Plaintiff, Merritt Paxton Phillips, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of Merritt Benjamin Phillips, by and through his counsel of record, and Defendants, (1) Hinds County, Mississippi, (2) Sheriff Tyrone Lewis, in his individual capacity as Sheriff of Hinds County, Mississippi, (3) Contina Thomas, in her individual capacity as a deputy of Hinds County, Mississippi, (4) Tari Thompson, in her individual capacity as a deputy of Hinds County, Mississippi, (5) Josephine McLaurin, in her individual capacity as a deputy of Hinds County, Mississippi, (6) Cherrona Noel, in her individual capacity as a deputy of Hinds County, Mississippi, (7) Montreal Bingham, in his individual capacity as a deputy of Hinds County, Mississippi, (8) Richard Woodhouse, in his individual capacity as a deputy of Hinds County, Mississippi, and (9) Porsha McMultrey, in her individual capacity as a deputy of Hinds County, Mississippi, together as all remaining Defendants (collectively hereinafter "the Hinds County Defendants"), by and through their

counsel of record, as the parties have announced the mutual desire that Plaintiff's claims against the Hinds County Defendants be dismissed with prejudice. The Court, being fully advised in the premises, finds that the request should be granted pursuant to FED. R. CIV. P. 41(a)(2).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that any and all claims that were or could have been filed by Plaintiff against Hinds County, Tyrone Lewis, Contina Thomas, Tari Thompson, Josephine McLaurin, Cherrona Noel, Montreal Bingham, Richard Woodhouse, and/or Porsha McMultrey are hereby dismissed with prejudice, with each party to bear their own fees, costs and expenses. The Court further finds that pursuant to FED. R. CIV. P. 54(b), there is no just reason for delay and expressly directs entry of a Final Judgment dismissing Plaintiff's claims against the Hinds County Defendants with prejudice pursuant to FED. R. CIV. P. 41(a)(2).

**IT IS FURTHER ORDERED AND ADJUDGED** that no cross-claims, with amendments, filed by the Hinds County Cross-Plaintiffs against Cross-Defendant, Quality Choice Correctional Healthcare ("QCCH"), nor any cross-claims, with amendments, filed by QCCH as a Cross-Plaintiff, are dismissed as a result of this Agreed Final Judgment.

**SO ORDERED AND ADJUDGED,** this the 1st day of March, 2019.

                                            **s/ HENRY T. WINGATE**
                                            **UNITED STATES DISTRICT JUDGE**

**AGREED AND REQUESTED BY:**


  /s/ Charles R. ("Chuck") Mullins
Charles R. Mullins, Esq. (chuckm@coxwelllaw.com)
Merrida P. Coxwell, Jr., Esq. (merridac@coxwelllaw.com)
COXWELL & ASSOCIATES, PLLC
Jackson, Mississippi 39215
        and
Michael T. Jaques, Esq. (mjaques@sdmlaw.com)
SESSUMS, DALLAS & MORRISON, PLLC
Ridgeland, Mississippi 39157
        ***Counsel for Plaintiff***


  /s/ Jason E. Dare
Jason E. Dare, Esq. (jdare@pbhfirm.com)
J. Lawson Hester (lhester@pbhfirm.com)
PETTIS, BARFIELD & HESTER, P.A.
Jackson, Mississippi 39236
        ***Counsel for the Hinds County Defendants***
        and
Anthony R. Simon, Esq. (anthonysimonpllc@bellsouth.net)
Pieter Teeuwissen, Esq. (adwoodard@bellsouth.net)
SIMON & TEEUWISSEN, PLLC
Jackson, Mississippi 39206
        ***Counsel for Hinds County, MS***


**AGREED AS TO FORM:**


  /s/ J. Michael Coleman
J. Michael Coleman, Esq. (mcoleman@hatlawfirm.com)
L. Carl Hagwood, Esq. (chagwood@hatlawfirm.com)
HAGWOOD TIPTON, PC
Jackson, Mississippi
        ***Counsel for QCCH***