IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MERRIT PAXTON PHILLIPS, Individually and as**             **PLAINTIFF**
Personal Representative on Behalf of the Wrongful
Death Beneficiaries of MERRIT BENJAMIN PHILLIPS

vs.             CIVIL ACTION No.: 3:15-CV-412-HTW-LRA

**QUALITY CHOICE CORRECTIONAL HEALTHCARE,**
**INC.,** *et al*             **DEFENDANTS**

## ORDER OF DISMISSAL

All parties having agreed to and announced to the court a resolution of this case and the court being desirous that this matter be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed as to all parties. The costs are taxed in accordance with the various agreements between the various parties. The parties shall submit to the Court a final order of dismissal no later than October 31, 2019.

**SO ORDERED this the 30th day of September, 2019.**

            **s/ HENRY T. WINGATE**
            **UNITED STATES DISTRICT COURT JUDGE**