IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MERRITT PAXTON PHILLIPS, Individually and as**                    **PLAINTIFF**
**Personal Representative on Behalf of the**
**Wrongful Death Beneficiaries of**
**MERRITT BENJAMIN PHILLIPS**

**vs.**                                             **Cause No. 3:15cv412-HTW-LRA**

**QUALITY CHOICE CORRECTIONAL HEALTHCARE, INC.**
**d/b/a Quality Choice Correctional Healthcare;**
**HINDS COUNTY, MISSISSIPPI; et al**                          **DEFENDANTS**

_____

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**
_____

**THIS CAUSE** has come before the Court on the joint *ore tenus* motion of Cross-Plaintiff / Cross-Defendant, Quality Choice Correctional Healthcare, Inc. d/b/a Quality Choice Correctional Healthcare ("QCCH"), by and through its counsel of record, and Cross-Plaintiffs / Cross-Defendants, Hinds County, Mississippi, Sheriff Tyrone Lewis, Contina Thomas, Tari Thompson, Josephine McLaurin, Cherrona Noel, Montreal Bingham, Richard Woodhouse, and Porsha McMultrey[1] (collectively herein "the Hinds County Cross-Plaintiffs" or "the Hinds County Cross-Defendants"), by and through their counsel of record, as all remaining parties have announced the mutual desire that any and all claims and/or cross-claims by and between them be dismissed with prejudice. The Court, being fully advised in the premises, finds that the request should be granted pursuant to FED. R. CIV. P. 41(a)(2).

---

[1] In various pleadings, including the Hinds County Cross-Plaintiffs' [105] Crossclaim against QCCH, Contina Thomas is spelled "Cotina Thomas", Montreal Bingham is spelled "Montrel Bingham", and Porsha McMultrey is spelled "Portia McMurtrey". This *Agreed Final Judgment* is effective to all claims and/or cross-claims by all Hinds County Cross-Plaintiffs and/or against all Hinds County Cross-Defendants, regardless of the differences in spelling.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that any and all claims and/or cross-claims that were or could have been included in the Hinds County Cross-Plaintiffs' [105] Crossclaim against QCCH and/or any amendments thereto in the above-styled and numbered litigation are dismissed with prejudice, with each party to bear their respective attorneys' fees, costs and expenses.

**IT IS FURTHER ORDERED AND ADJUDGED** that any and all claims and/or cross-claims that were or could have been included in QCCH's [107] Crossclaim against the Hinds County Cross-Defendants and/or any amendments thereto in the above-styled and numbered litigation are dismissed with prejudice, with each party to bear their respective attorneys' fees, costs and expenses.

This final judgment dismisses all remaining claims and/or cross-claims in the instant litigation such that it may be finally closed.

**SO ORDERED AND ADJUDGED**, this the 2nd day of February, 2020.

> **s/ HENRY T. WINGATE**
> **UNITED STATES DISTRICT COURT JUDGE**

**AGREED AS TO FORM:**

 /s/ Jason E. Dare
Jason E. Dare (MB# 100973)
jdare@pbhfirm.com
PETTIS, BARFIELD & HESTER, P.A.
Post Office Box 16089
Jackson, Mississippi  39236-6089
    *Attorney for the Hinds County Cross-Plaintiffs / Cross-Defendants*


 /s/ J. Michael Coleman
J. Michael Coleman (MB# 99546)
mcoleman@hatlawfirm.com
Carl Hagwood (MB# 2039)
chagwood@hatlawfirm.com
HAGWOOD TIPTON, PC
Post Office Box 14188
Jackson, Mississippi 39236-4188
    *Attorneys for QCCH*